ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02758-MHP

| | |
|---|---|
| Baxley v. Intel Corporation | Date Filed: 07/06/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 410 Anti-Trust |
| Cause: 15:1 Antitrust Litigation | Jurisdiction: Federal Question |

**Plaintiff**

**Susan Baxley**　　　　　　　　　　　　represented by　**Jeffrey F. Keller**
*individually & on behalf of all others*　　　　　　　　　　Law Officces of Jeffrey F. Keller
*similarly situated*　　　　　　　　　　　　　　　　　　425 Second Street
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94107
　　　　　　　　　　　　　　　　　　　　　　　　　(415) 543-1305
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 415-543-7861
　　　　　　　　　　　　　　　　　　　　　　　　　Email: jfkeller@kellergrover.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Eric J. Belfi**
　　　　　　　　　　　　　　　　　　　　　　　　　Murray Frank & Sailer, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　275 Madison Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　　　212/682-1818
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212/682-1892
　　　　　　　　　　　　　　　　　　　　　　　　　Email: ebelfi@murrayfrank.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Garrett D. Blanchfield, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　Reinhardt Wendorf & Blanchfield
　　　　　　　　　　　　　　　　　　　　　　　　　East 1250 First National Bank Building
　　　　　　　　　　　　　　　　　　　　　　　　　322 Minnesota Street
　　　　　　　　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　　　　　　　　651-287-2100
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 651-287-2103
　　　　　　　　　　　　　　　　　　　　　　　　　Email: g.blanchfield@rwblawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Mark Reinhardt**
　　　　　　　　　　　　　　　　　　　　　　　　　Reinhardt Wendorf & Blanchfield
　　　　　　　　　　　　　　　　　　　　　　　　　East 1000 First National Bank Building
　　　　　　　　　　　　　　　　　　　　　　　　　322 Minnesota Street, Suite E-1250
　　　　　　　　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　　　　　　　　651/287-2100
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 651/287-2103

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation**<br>*a Delaware corporation* | represented by | **Christopher B. Hockett**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: chris.hockett@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Julie Greenwald**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>415/393-2000<br>Fax: 415/393-2286<br>Email: julie.greenwald@bingham.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2005 | 1 | CLASS ACTION COMPLAINT & Jury Trial Demanded - [Summons Issued] against Intel Corporation, [Filing Fee: $250.00, Receipt Number 3374073]. Filed by PlaintiffSusan Baxley. (tn, COURT STAFF) (Filed on 7/6/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 07/07/2005) |
| 07/06/2005 | | SUMMONS Issued as to Intel Corporation. (tn, COURT STAFF) (Entered: 07/07/2005) |
| 07/06/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/16/2005 & Initial Case Management Conference set for 11/23/2005 01:30 PM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 7/6/2005) (Entered: 07/07/2005) |

| 07/06/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/07/2005) |
|---|---|---|
| 07/20/2005 | 3 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiff's Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/22/2005 | 4 | AFFIDAVIT of Service for Declaration of Service served on Intel Corporation, (Gerome Jones, C.T. Corporation Systems as agent) on July 7, 2005, filed by Susan Baxley. (Keller, Jeffrey) (Filed on 7/22/2005) (Entered: 07/22/2005) |
| 07/27/2005 | 5 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 6 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/03/2005 | 7 | ORDER re 3 Stipulation Continuing Filing Date for Defendant's response to Plaintiff's Complaint filed by Intel Corporation,. Signed by Judge Edward M. Chen on 8/2/05. (bpf, COURT STAFF) (Filed on 8/3/2005) (Entered: 08/03/2005) |
| 08/26/2005 | 8 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED.R.CIV.PROC.7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/28/2005 | 9 | Proposed Order *to Stay Deadlines Pending MDL Decision* by Susan Baxley. (Keller, Jeffrey) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 10 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 11 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 12 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 13 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| | | |

| 01/10/2006 | 14 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/12/2006 05:35:26 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02758-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |