1 Bingham McCutchen LLP
  DAVID M. BALABANIAN (SBN 37368)
2 CHRISTOPHER B. HOCKETT (SBN 121539)
  JOY K. FUYUNO (SBN 193890)
3 Three Embarcadero Center
  San Francisco, CA 94111-4067
4 Telephone: (415) 393-2000
  Facsimile: (415) 393-2286
5
  Attorneys for Defendant
6 Intel Corporation

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 SUSAN BAXLEY, individually and on behalf of      No. C-05-2758
   all others similarly situated,
13                                        STIPULATION AND [PROPOSED]
              Plaintiff,                       ORDER TO CONTINUE FILING DATE
14    v.                                          FOR DEFENDANT'S RESPONSE TO
                                          PLAINTIFF'S COMPLAINT
15 INTEL CORPORATION, a Delaware
   corporation,
16
              Defendant.
17

18         IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

19 COUNSEL AS FOLLOWS:

20         Pursuant to Civil Local Rule 6-2, Plaintiff Susan Baxley and Defendant Intel

21 Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be

22 due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate

23 or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days

24 after any such motion has been denied. The parties request this transfer because the plaintiffs in

25 *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,

26

1 have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified as a related action to that petition. As a result the outcome of the pending petition will impact significantly the schedule of this case.

This is the first stipulation between the parties. Because this litigation has just begun, granting such a stipulation will not have any negative impact on the schedule of this case.

IT IS HEREBY STIPULATED.
DATED: July 19, 2005

Bingham McCutchen LLP

By: _____
JOY K. FUYUNO
Attorneys for Defendant
Intel Corporation

Law Offices of Jeffrey F. Keller

By: _____
JEFFREY F. KELLER
Attorneys for Plaintiff
Susan Baxley

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21027490.1