JEFFERY F. KELLER (SBN 148005)
LAW OFFICES OF JEFFREY F. KELLER
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 296-8892

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAXLEY<br><br>              Plaintiff,<br>V.<br>INTEL CORPORATION<br><br>              Defendant. | CASE NUMBER<br>C 05-2758 EMC<br><br>**DECLARATION OF SERVICE** |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; ADR INFORMATION PACKAGE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person served as follows:

    Served            : INTEL CORPORATION

    By serving      : Gerome Jones, Authorized Agent

    Address          : C.T. Corporation System
                           818 W. 7th Street
                           Los Angeles, CA 90017

    Date of Service : July 7, 2005

    Time of Service : 11:36 AM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: July 12, 2005

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered Los Angeles
Number 4578

171724

Signature: _____
              PAUL IACCINO