| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286 |
| 5 | |
| 6 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAXLEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>            Defendant. | No. C 05 2758 MHP<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

PLAINTIFF(S) IN THIS ACTION:

      PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

Francisco, CA 94111, members of the State Bar of California admitted to practice before this

Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

/ / /

Case No. C 05 2758 EMC

NOTICE OF APPEARANCE

SF/21627248.1

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED: July 28, 2005
4
5                                Bingham McCutchen LLP
6
7                  By:       /s/ Joy K. Fuyuno
8                            Joy K. Fuyuno
                          Attorneys for Defendant
9                            Intel Corporation
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2        Case No. C 05 2758 EMC

NOTICE OF APPEARANCE

SF/21627248.1