1 Bingham McCutchen LLP
DAVID M. BALABANIAN (SBN 37368)
2 CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
3 Three Embarcadero Center
San Francisco, CA 94111-4067
4 Telephone: (415) 393-2000
Facsimile: (415) 393-2286
5

6 Attorneys for Defendant
Intel Corporation

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 SUSAN BAXLEY, individually and on behalf of     No. C-05-2758
   all others similarly situated,
13                                                 STIPULATION AND [PROPOSED]
                Plaintiff,                         ORDER TO CONTINUE FILING DATE
14        v.                                       FOR DEFENDANT'S RESPONSE TO
                                                   PLAINTIFF'S COMPLAINT
15 INTEL CORPORATION, a Delaware
   corporation,
16
                Defendant.
17

18
        IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19 COUNSEL AS FOLLOWS:
20
        Pursuant to Civil Local Rule 6-2, Plaintiff Susan Baxley and Defendant Intel
21 Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22 due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23 or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24 after any such motion has been denied. The parties request this transfer because the plaintiffs in
25 *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627430.1

1  have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2  1407, and the above-styled action has been identified as a related action to that petition. As a
3  result the outcome of the pending petition will impact significantly the schedule of this case.
4      This is the first stipulation between the parties. Because this litigation has just
5  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6  IT IS HEREBY STIPULATED.
7  DATED: July 19, 2005

Bingham McCutchen LLP

By: _____
    JOY K. FUYUNO
    Attorneys for Defendant
    Intel Corporation

Law Offices of Jeffrey F. Keller

By: _____
    JEFFREY F. KELLER
    Attorneys for Plaintiff
    Susan Baxley

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE
SF/21027490.1

1

2  **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3  IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4  Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5  pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6  1407, or, in the alternative, 45 days after any such motion has been denied.

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated: ~~July~~ 8/2, 2005

9

10

11  Honorable Edward M. Chen
    United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26