JEFFREY F. KELLER (148005)
JADE BUTMAN (235920)
KELLER GROVER LLP
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

Attorneys for Plaintiff
Susan Baxley

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SUSAN BAXLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>INTEL CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. C 05-2758 (MHP)<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** |

WHEREAS, on July 6, 2005, Plaintiff filed the instant action in the Northern District of California ("Baxley Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in <u>Brauch, et al. v. Intel Corp.</u>, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"), and the Baxley Action has been identified as a related action to that motion;

WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

1

all dates, events and deadlines in the action;

WHEREAS, to date, a decision has not been rendered on the MDL Motion;

WHEREAS, the outcome of the MDL Motion will impact significantly the schedule of this case;

THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, by and among counsel for Plaintiff Baxley, and counsel for Defendant Intel Corporation, that any events, dates or deadlines set by the Local Rules or the Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case should likewise be stayed pending the outcome of the aforementioned MDL Motion; and

IT IS FURTHER STIPULATED by the aforementioned parties that if a case management conference is rescheduled by the Court, the parties shall adjust the dates for any conference, disclosures or reports required by the Local Rules or the Federal Rules of Civil Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

IT IS HEREBY STIPULATED.

Dated: October 28, 2005

                              Keller Grover LLP

                              By:      /s/ Jeffrey F. Keller
                                        JEFFREY F. KELLER

                              Attorneys for Plaintiff Baxley

Bingham McCutchen LLP

By: /s/ Joy Fuyuno

JOY K. FUYUNO

Attorneys for Defendant
Intel Corporation

### [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or the Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the Local Rules or the Federal Rules of Civil Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of the Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Date: _____  _____
 Honorable Marilyn H. Patel
 United States District Court Judge