```
 1   Bingham McCutchen LLP
     DAVID M. BALABANIAN (SBN 37368)
 2   CHRISTOPHER B. HOCKETT (SBN 121539)
     JOY K. FUYUNO (SBN 193890)
 3   Three Embarcadero Center
     San Francisco, CA  94111-4067
 4   Telephone:  (415) 393-2000
     Facsimile:  (415) 393-2286
 5
     Attorneys for Defendant
 6   Intel Corporation

 7

 8                      UNITED STATES DISTRICT COURT
 9                     NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION
11

12   SUSAN BAXLEY, individually and on behalf of    No. C-05-2758
     all others similarly situated,
13                                                  STIPULATION AND [PROPOSED]
                    Plaintiff,                      ORDER TO CONTINUE FILING DATE
14        v.                                        FOR DEFENDANT'S RESPONSE TO
                                                    PLAINTIFF'S COMPLAINT
15   INTEL CORPORATION, a Delaware
     corporation,
16
                    Defendant.
17

18
           IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
19   COUNSEL AS FOLLOWS:
20
           Pursuant to Civil Local Rule 6-2, Plaintiff Susan Baxley and Defendant Intel
21   Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22   due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23   or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24   after any such motion has been denied. The parties request this transfer because the plaintiffs in
25   Brauch, et al. v. Intel Corp., No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627430.1

1 have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
2 1407, and the above-styled action has been identified as a related action to that petition. As a
3 result the outcome of the pending petition will impact significantly the schedule of this case.
4     This is the first stipulation between the parties. Because this litigation has just
5 begun, granting such a stipulation will not have any negative impact on the schedule of this case.
6 IT IS HEREBY STIPULATED.
7 DATED: July 19, 2005

                             Bingham McCutchen LLP

                             By: _____
                                JOY K. FUYUNO
                                Attorneys for Defendant
                                Intel Corporation


                           Law Offices of Jeffrey F. Keller

                             By: _____
                                JEFFREY F. KELLER
                                Attorneys for Plaintiff
                                Susan Baxley

1

2 **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3 IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6 1407, or, in the alternative, 45 days after any such motion has been denied.

7 PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 Dated: 8/2, 2005

9

10

11 Honorable Edward M. Chen
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21627430.1